14287.   CONEY, alias LOWE, *v.* THE STATE.

BROYLES, C. J.   1. No material error appears in any of the excerpts from the charge of the court, complained of, when considered in the light of the entire charge and the facts of the case.

2. Under repeated rulings of the Supreme Court and of this court, the failure to charge upon the subject of good character is not error, in the absence of a timely and appropriate written request for such instruction.

3. The defendant's conviction not depending wholly upon circumstantial evidence, the court did not err, in the absence of a timely and appropriate written request, in failing to instruct the jury upon the law of circumstantial evidence.   See, in this connection, *Carter v. State,* 21 *Ga. App.* 493 (94 S. E. 630).

4. The several grounds of the motion for a new trial, complaining of the refusal of the court to give certain instructions to the jury cannot be considered, it not being alleged in any of the grounds that the requested charge was pertinent and applicable to the facts of the case.   *Killabrew* v. *State,* 26 *Ga. App.* 231 (2) (105 S. E. 711).

5. The verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

Judgment affirmed.   *Luke and Bloodworth, JJ., concur.*
DECIDED APRIL 10, 1923.

Accusation of possessing liquor, etc.; from city court of Dublin — Judge Sturgis.   January 20, 1923.

*S. P. New,* for plaintiff in error.

*William Brunson,* solicitor, contra.

---

14288.   ROBERTS *v.* THE STATE.

LUKE, J.   The evidence amply authorized the conviction of the accused, and the conviction has the approval of the trial judge.

The special ground of the motion for a new trial, as to newly discovered evidence, does not come up to the rule that it should be neither cumulative nor impeaching and would likely produce a different result upon another trial.   It was not error to overrule the motion for a new trial.

Judgment affirmed.   *Broyles, C. J.; and Bloodworth, J., concur.*
DECIDED APRIL 10, 1923.

Indictment for larceny of automobile; from Fulton superior court — Judge Humphries.   January 6, 1923.

*A. S. Johnson,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *E. A. Stephens,* contra.